BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MC-00084-MCE-CKD |
| Plaintiff, | |
| v. | |
| APPROXIMATELY $86,386.34 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 837-8529088, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $75,799.17 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 237-4897144, | |
| APPROXIMATELY $12,487.89 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 837-7300564, | |
| APPROXIMATELY $40,000.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 840-2798287, | |
| APPROXIMATELY $4,779.21 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 837-7299931, | |
| APPROXIMATELY $22,560.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 522-9480073, | |

1

APPROXIMATELY $16,300.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 688-7162441,

APPROXIMATELY $2,315.48 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 837-7300341,

APPROXIMATELY $6,705.79 IN U.S. CURRENCY SEIZED FROM U.S. BANK ACCOUNT NUMBER 1-534-6593-5705,

APPROXIMATELY $23,437.76 IN U.S. CURRENCY SEIZED FROM U.S. BANK ACCOUNT NUMBER 1-534-9727-8140,

APPROXIMATELY $8,270.00 IN U.S. CURRENCY,

APPROXIMATELY $12,290.00 IN U.S. CURRENCY,

APPROXIMATELY $7,874.00 IN U.S. CURRENCY,

APPROXIMATELY $9,600.00 IN U.S. CURRENCY,

APPROXIMATELY $41,820.00 IN U.S. CURRENCY,

APPROXIMATELY $4,980.00 IN U.S. CURRENCY,

APPROXIMATELY $22,057.00 IN U.S. CURRENCY,

APPROXIMATELY $57,642.00 IN U.S. CURRENCY,

ASSORTED JEWELRY VALUED AT $178,675.00,

ASSORTED JEWELRY VALUED AT $32,000.00,

2010 HARLEY DAVIDSON ROAD GLIDE TOURING MOTORCYCLE, VIN: 1HD1KH43XAB656597, CALIFORNIA LICENSE: 20J4782,

2010 HARLEY DAVIDSON ROAD GLIDE TOURING MOTORCYCLE, VIN:

1HD1KH43XAB645194, CALIFORNIA LICENSE: 20E7868,

2011 HARLEY DAVIDSON ROAD GLIDE TOURING MOTORCYCLE, VIN: 1HD1KH435BB605168, CALIFORNIA LICENSE: 20M0719,

2011 HARLEY DAVIDSON ROAD GLIDE TOURING MOTORCYCLE, VIN: 1HD1KH431BB627068, CALIFORNIA LICENSE: 20M5789,

2003 HARLEY DAVIDSON FXDXT MOTORCYCLE, VIN: 1HD1GLV153K315113, CALIFORNIA LICENSE: 18E3564,

2009 MERCEDES BENZ S550, VIN: WDDNG71XX9A272641, CALIFORNIA LICENSE: 6TFD622,

2009 LAND ROVER RANGE ROVER, VIN: SALSH23469A210503, CALIFORNIA LICENSE: 6HXA254,

2010 GMC SAVANA CONVERSION VAN EXPLORER, VIN: 1GDZGMBG3A1138479, CALIFORNIA LICENSE: 6KTW397,

2012 ELIMINATOR SPEEDSTER BOAT, VIN: ELBA0131G112, CALIFORNIA VESSEL NUMBER: CF0818RR,

2012 EXTREME CARRIER TRAILER, VIN: 5DBUP28381R000028, CALIFORNIA LICENSE: 4LU8888,

2008 NORDIC 28-FOOT POWER BOAT WITH 2004 TRAILER, VIN: NDC86722G708, CALIFORNIA VESSEL NUMBER: CF5317RN,

2007 TRACKER TARGA 17 SPORT BOAT WITH 2004 TRAILER, VIN: BUJ64228C707, CALIFORNIA VESSEL NUMBER: CF3895RN,

SIG SAUER MOSQUITO 22 CALIBER SEMI-AUTOMATIC HANDGUN, SERIAL NUMBER: F011198,

GLOCK 45 CALIBER, MODEL 21 HANDGUN, SERIAL NUMBER: MRX665, WITH AMMUNITION,

GLOCK 40 CALIBER, MODEL 23 SEMI-AUTOMATIC HANDGUN, SERIAL NUMBER: GDZ776, WITH AMMUNITION,

SMITH AND WESSON, MODEL AR-15 RIFLE, SERIAL NUMBER: 97540, WITH AMMUNITION, AND

2008 FORD F-350 CREW CAB TRUCK, VIN: 1FTWW31R88EA64972, CALIFORNIA LICENSE: 8N24680,

Defendants.

It is hereby stipulated by and between the United States of America and Claimants Steven Ortega, Sr., Steven Ortega, Jr., Anthony Winters, Richard Serrell, Steven M. Adgate, Andrea Vickery, Joseph and Karin Mirante, Justin McMillan, Jason Siegfried, Ashley Owles, Derek Winters, Anthony Giarrusso and Marla Ortega, by and through their respective attorneys, and Thomas and Denise Hohn, in *propria persona* ("Claimants"), as follows:

1. The following table details the claimant, assets, dates in which claims were filed in the administrative forfeiture proceedings with either the Internal Revenue Service – Criminal Investigation ("IRS-CI") or the U.S. Drug Enforcement Administration ("DEA") and the dates the defendant assets were seized:

| Claimant | Asset | Claim Rec'd | Complaint Due | Agency | Date Seized |
|---|---|---|---|---|---|
| Anthony Winters | Approximately $86,386.34 in USC seized from Wells Fargo Bank | 7/30/2012 | 10/28/2012 | IRS-CI | 5/16/2012 |
| Steven and Marla Ortega | Approximately $86,386.34 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| Anthony Winters | Approximately $75,799.17 in USC seized from Wells Fargo Bank | 7/30/2012 | 10/28/2012 | IRS-CI | 5/16/2012 |
| Steven and Marla Ortega | Approximately $75,799.17 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| Anthony Winters | Approximately $12,487.89 in USC seized from Wells Fargo Bank | 7/30/2012 | 10/28/2012 | IRS-CI | 5/16/2012 |
| Steven and Marla Ortega | Approximately $12,487.89 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |

Stipulation for Extension of Time to File Complaint for Forfeiture

| | Claimant | Asset | Claim Filed | Complaint Due | Agency | Date Seized |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | Steven and Marla Ortega | Approximately $22.560.00 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| 3 | Steven and Marla Ortega | Approximately $16,300.00 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| 4 | Steven and Marla Ortega | Approximately $2,315.48 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| 5 | | | | | | |
| 6 | Steven and Marla Ortega | Approximately $6,705.79 in USC seized from US Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| 7 | Steven and Marla Ortega | Approximately $23,437.76 in USC seized from US Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| 8 | | | | | | |
| 9 | Steven Ortega, Jr. | Approximately $23,437.76 in USC seized from US Bank | 8/07/2012 | 11/05/2012 | IRS-CI | 5/16/2012 |
| 10 | Anthony Winters | Approximately $8,270.00 in USC | 7/30/2012 | 10/28/2012 | DEA | 5/16/2012 |
| 11 | Anthony Winters | Approximately $12,290.00 in USC | 7/30/2012 | 10/28/2012 | DEA | 5/16/2012 |
| 12 | Steven and Marla Ortega | Approximately $12,290.00 in USC | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| 13 | Steven and Marla Ortega | Approximately $7,874.00 in USC | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| 14 | Richard Serrell | Approximately $9,600.00 in USC | 8/02/2012 | 10/31/2012 | DEA | 5/16/2012 |
| 15 | Steven Ortega, Jr. | Approximately $41,820.00 in USC | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |
| 16 | Steven and Marla Ortega | Approximately $4,980.00 in USC | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| 17 | Steven and Marla Ortega | Approximately $22,057.00 in USC | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| | Steven and Marla Ortega | Approximately $57,642.00 in USC | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| 18 | Richard Serrell | Assorted Jewelry Valued at $178,675.00 | 8/02/2012 | 10/31/2012 | DEA | 5/16/2012 |
| 19 | Andrea Vickery | Assorted Jewelry Valued at $32,000.00 | 8/17/2012 | 11/15/2012 | DEA | 5/16/2012 |
| 20 | Steven Ortega, Jr. | Assorted Jewelry Valued at $32,000.00 | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |
| 21 | Steven and Marla Ortega | 2010 Harley Davidson Road Glide Touring Motorcycle, 6597 | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| 22 | Thomas and Denise Hohn | 2010 Harley Davidson Road Glide Touring Motorcycle, 6597 | 8/16/2012 | 11/14/2012 | DEA | 5/16/2012 |
| 23 | | | | | | |
| 24 | Steven and Marla Ortega | 2010 Harley Davidson Road Glide Touring Motorcycle, 5194 | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| 25 | Joseph and Karin Mirante | 2010 Harley Davidson Road Glide Touring Motorcycle, 5194 | 8/08/2012 | 11/06/2012 | DEA | 5/16/2012 |
| 26 | | | | | | |
| 27 | Steven Ortega, Jr. | 2011 Harley Davidson Road Glide Touring Motorcycle, 5168 | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |
| 28 | Steven Ortega, Jr. | 2011 Harley Davidson Road Glide Touring | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |

Stipulation for Extension of Time
to File Complaint for Forfeiture

| Claimant | Asset | Claim Filed | Complaint Due | Agency | Date Seized |
|---|---|---|---|---|---|
| | Motorcycle, 7068 | | | | |
| Joseph and Karin Mirante | 2009 Mercedes Benz S550 | 8/08/2012 | 11/06/2012 | DEA | 5/16/2012 |
| Derek Winters | 2009 Land Rover Range Rover | 8/02/2012 | 1031/2012 | DEA | 5/16/2012 |
| Richard Serrell | 2010 GMC Savana Conversion Van Explorer | 8/02/2012 | 10/31/2012 | DEA | 5/16/2012 |
| Steven Ortega, Jr. | 2012 Eliminator Speedster Boat | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |
| Steven Adgate | 2012 Eliminator Speedster Boat | 8/15/2012 | 11/13/2012 | DEA | 5/16/2012 |
| Steven Ortega, Jr. | 2012 Extreme Carrier Trailer | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |
| Steven Adgate | 2012 Extreme Carrier Trailer | 8/15/2012 | 11/13/2012 | DEA | 5/16/2012 |
| Richard Serrell | 2008 Nordic 28-Foot Power Boat with 2004 Trailer | 8/02/2012 | 10/31/2012 | DEA | 5/16/2012 |
| Derek Winters | 2007 Tracker Targa 17 Sport Boat with 2004 Trailer | 8/02/2012 | 1031/2012 | DEA | 5/16/2012 |
| Steven and Marla Ortega | Sig Sauer Mosquito 22 Caliber Semi-Automatic handgun | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| Justin McMillian | Glock 45 Caliber, Model 21 Handgun | 8/13/2012 | 11/11/2012 | DEA | 5/16/2012 |
| Jason Siegfried | Glock 40 Caliber, Model 23 Semi-Automatic Handgun | 8/15/2012 | 11/13/2012 | DEA | 5/16/2012 |
| Ashley Owles | Glock 40 Caliber, Model 23 Semi-Automatic Handgun | 8/15/2012 | 11/13/2012 | DEA | 5/16/2012 |
| Justin McMillian | Smith & Wesson, Model AR-15 Rifle | 8/13/2012 | 11/11/2012 | DEA | 5/16/2012 |
| Anthony Giarrusso | 2008 Ford F-350 Crew Cab Truck | 10/15/2012 | 1/13/2013 | DEA | 5/16/2012 |

2. The Internal Revenue Service – Criminal Investigation and the U.S. Drug Enforcement Administration have sent written notice of the intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A) (E), and no person other than Claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline

Stipulation for Extension of Time
to File Complaint for Forfeiture

for good cause shown or by agreement of the parties. The deadlines for each of the defendant assets are listed above, with the earliest date of October 28, 2012.

4. By Stipulation and Order filed October 18, 2012, the parties stipulated to extend to January 25, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. By Stipulation and Order filed January 15, 2013, the parties stipulated to extend to April 12, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6. By Stipulation and Order filed April 15, 2013, the parties stipulated to extend to July 12, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

7. By Stipulation and Order filed July 12, 2013, the parties stipulated to extend to October 11, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

8. By Stipulation and Order filed October 11, 2013, the parties stipulated to extend to January 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

9. By Stipulation and Order filed January 7, 2014, the parties stipulated to extend to April 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

10. By Stipulation and Order filed April 11, 2014, the parties stipulated to extend to July 8, 2014, the time in which the United States is required to file a civil

Stipulation for Extension of Time
to File Complaint for Forfeiture

complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

11. By Stipulation and Order filed July 22, 2014, the parties stipulated to extend to October 6, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

12. By Stipulation and Order filed October 7, 2014, the parties stipulated to extend to January 5, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

13. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 6, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

14. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to April 6, 2015.

DATE:  12/31/2014                           BENJAMIN B. WAGNER
                                            United States Attorney

                                        By:  /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney

DATE:  12/31/2014                            /s/ Carolyn M. Hagin
                                             CAROLYN M. HAGIN
                                             Attorney for Claimant Anthony Winters
                                             (Authorized via email)

DATE:  12/19/2014                            /s/ Benjamin D. Galloway
                                             BENJAMIN D. GALLOWAY
                                             Attorney for Claimant Steven Ortega, Sr.
                                             (Authorized via email)

8

| | |
|---|---|
| DATE: 12/21/2014 | /s/ Darryl Stallworth<br>DARRYL STALLWORTH<br>Attorney for Claimant Richard Serrell<br>(Authorized via email) |
| DATE: 12/30/2014 | /s/ William J. Portanova<br>WILLIAM J. PORTANOVA<br>Attorney for Claimant Steven Adgate<br>(Authorized via email) |
| DATE: 12/19/2014 | /s/ Scott A. Sugarman<br>SCOTT A. SUGARMAN<br>Attorney for Claimants<br>Joseph and Karin Mirante<br>(Authorized via email) |
| DATE: 12/20/14 | /s/ Randy Sue Pollock<br>RANDY SUE POLLOCK<br>Attorney for Claimant Steven Ortega, Jr.<br>(Signature retained by attorney) |
| DATE: 12/20/14 | /s/ Randy Sue Pollock<br>RANDY SUE POLLOCK<br>Attorney for Claimant Andrea Vickery<br>(Signature retained by attorney) |
| DATE: 12/31/2014 | /s/ Russell S. Humphrey<br>RUSSELL S. HUMPHREY<br>Attorney for Claimant Derek Winters<br>(Authorized via email) |
| DATE: 1/2/2015 | /s/ James R. Greiner<br>JAMES R. GREINER<br>Attorney for Claimants<br>Jason Siegfried and Ashley Owles<br>(Authorized via email) |
| DATE: 12/23/2014 | /s/ Scott N. Cameron<br>SCOTT N. CAMERON<br>Attorney for Claimant Justin McMillian<br>(Authorized via email) |
| DATE: 12/19/2014 | /s/ Hayes H. Gable III<br>HAYES H. GABLE III<br>Attorney for Claimant Anthony Giarrusso<br>(Authorized via email) |

DATE: 12/31/2014                    /s/ Shari Rusk
                                    SHARI RUSK
                                    Attorney for Claimant Marla Ortega
                                    (Authorized via email)

DATE: 12/22/2014                    /s/ Thomas Hohn
                                    THOMAS HOHN
                                    Claimant, Appearing in *propria persona*
                                    (Authorized via email)

DATE: 12/22/2014                    /s/ Denise Hohn
                                    DENISE HOHN
                                    Claimant, Appearing in *propria persona*
                                    (Authorized via email)

    IT IS SO ORDERED.

Dated: January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT