1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:12-MC-00084-MCE-CKD

12              Plaintiff,

13        v.

14  APPROXIMATELY $86,386.34 IN U.S.       STIPULATION AND ORDER
    CURRENCY SEIZED FROM WELLS             EXTENDING TIME FOR FILING
15  FARGO BANK ACCOUNT NUMBER 837-         A COMPLAINT FOR FORFEITURE
    8529088,                               AND/OR TO OBTAIN AN
16                                         INDICTMENT ALLEGING
    APPROXIMATELY $75,799.17 IN U.S.       FORFEITURE
17  CURRENCY SEIZED FROM WELLS
    FARGO BANK ACCOUNT NUMBER 237-
18  4897144,

19  APPROXIMATELY $12,487.89 IN U.S.
    CURRENCY SEIZED FROM WELLS
20  FARGO BANK ACCOUNT NUMBER 837-
    7300564,
21
    APPROXIMATELY $40,000.00 IN U.S.
22  CURRENCY SEIZED FROM WELLS
    FARGO BANK ACCOUNT NUMBER 840-
23  2798287,

24  APPROXIMATELY $4,779.21 IN U.S.
    CURRENCY SEIZED FROM WELLS
25  FARGO BANK ACCOUNT NUMBER 837-
    7299931,
26
    APPROXIMATELY $22,560.00 IN U.S.
27  CURRENCY SEIZED FROM WELLS
    FARGO BANK ACCOUNT NUMBER 522-
28  9480073,

                            1

APPROXIMATELY $16,300.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 688-7162441,

APPROXIMATELY $2,315.48 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 837-7300341,

APPROXIMATELY $6,705.79 IN U.S. CURRENCY SEIZED FROM U.S. BANK ACCOUNT NUMBER 1-534-6593-5705,

APPROXIMATELY $23,437.76 IN U.S. CURRENCY SEIZED FROM U.S. BANK ACCOUNT NUMBER 1-534-9727-8140,

APPROXIMATELY $8,270.00 IN U.S. CURRENCY,

APPROXIMATELY $12,290.00 IN U.S. CURRENCY,

APPROXIMATELY $7,874.00 IN U.S. CURRENCY,

APPROXIMATELY $9,600.00 IN U.S. CURRENCY,

APPROXIMATELY $41,820.00 IN U.S. CURRENCY,

APPROXIMATELY $4,980.00 IN U.S. CURRENCY,

APPROXIMATELY $22,057.00 IN U.S. CURRENCY,

APPROXIMATELY $57,642.00 IN U.S. CURRENCY,

ASSORTED JEWELRY VALUED AT $178,675.00,

ASSORTED JEWELRY VALUED AT $32,000.00,

2010 HARLEY DAVIDSON ROAD GLIDE TOURING MOTORCYCLE, VIN: 1HD1KH43XAB656597, CALIFORNIA LICENSE: 20J4782,

2011 HARLEY DAVIDSON ROAD GLIDE TOURING MOTORCYCLE, VIN:

Stipulation for Extension of Time
to File Complaint for Forfeiture

1HD1KH435BB605168, CALIFORNIA
LICENSE: 20M0719,

2011 HARLEY DAVIDSON ROAD GLIDE
TOURING MOTORCYCLE, VIN:
1HD1KH431BB627068, CALIFORNIA
LICENSE: 20M5789,

2003 HARLEY DAVIDSON FXDXT
MOTORCYCLE, VIN:
1HD1GLV153K315113, CALIFORNIA
LICENSE: 18E3564,

2009 LAND ROVER RANGE ROVER, VIN:
SALSH23469A210503, CALIFORNIA
LICENSE: 6HXA254,

2010 GMC SAVANA CONVERSION VAN
EXPLORER, VIN: 1GDZGMBG3A1138479,
CALIFORNIA LICENSE: 6KTW397,

2012 ELIMINATOR SPEEDSTER BOAT,
VIN: ELBA0131G112, CALIFORNIA
VESSEL NUMBER: CF0818RR,

2012 EXTREME CARRIER TRAILER, VIN:
5DBUP28381R000028, CALIFORNIA
LICENSE: 4LU8888,

2008 NORDIC 28-FOOT POWER BOAT
WITH 2004 TRAILER, VIN: NDC86722G708,
CALIFORNIA VESSEL NUMBER:
CF5317RN,

2007 TRACKER TARGA 17 SPORT BOAT
WITH 2004 TRAILER, VIN: BUJ64228C707,
CALIFORNIA VESSEL NUMBER:
CF3895RN,

SIG SAUER MOSQUITO 22 CALIBER
SEMI-AUTOMATIC HANDGUN, SERIAL
NUMBER: F011198,

GLOCK 45 CALIBER, MODEL 21
HANDGUN, SERIAL NUMBER: MRX665,
WITH AMMUNITION,

GLOCK 40 CALIBER, MODEL 23 SEMI-
AUTOMATIC HANDGUN, SERIAL
NUMBER: GDZ776, WITH AMMUNITION,

SMITH AND WESSON, MODEL AR-15
RIFLE, SERIAL NUMBER: 97540, WITH
AMMUNITION, AND

3

2008 FORD F-350 CREW CAB TRUCK, VIN:
1FTWW31R88EA64972, CALIFORNIA
LICENSE: 8N24680,

            Defendants.

It is hereby stipulated by and between the United States of America and Claimants Steven Ortega, Sr., Steven Ortega, Jr., Anthony Winters, Richard Serrell, Steven M. Adgate, Andrea Vickery, Justin McMillan, Jason Siegfried, Ashley Owles, Derek Winters, Anthony Giarrusso and Marla Ortega, by and through their respective attorneys, and Thomas and Denise Hohn, in *propria persona* ("Claimants"), as follows:

1. The following table details the claimant, assets, dates in which claims were filed in the administrative forfeiture proceedings with either the Internal Revenue Service – Criminal Investigation ("IRS-CI") or the U.S. Drug Enforcement Administration ("DEA") and the dates the defendant assets were seized:

| Claimant | Asset | Claim Rec'd | Complaint Due | Agency | Date Seized |
|---|---|---|---|---|---|
| Anthony Winters | Approximately $86,386.34 in USC seized from Wells Fargo Bank | 7/30/2012 | 10/28/2012 | IRS-CI | 5/16/2012 |
| Steven and Marla Ortega | Approximately $86,386.34 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| Anthony Winters | Approximately $75,799.17 in USC seized from Wells Fargo Bank | 7/30/2012 | 10/28/2012 | IRS-CI | 5/16/2012 |
| Steven and Marla Ortega | Approximately $75,799.17 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| Anthony Winters | Approximately $12,487.89 in USC seized from Wells Fargo Bank | 7/30/2012 | 10/28/2012 | IRS-CI | 5/16/2012 |
| Steven and Marla Ortega | Approximately $12,487.89 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| Steven and Marla Ortega | Approximately $22.560.00 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| Steven and Marla Ortega | Approximately $16,300.00 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| Steven and Marla Ortega | Approximately $2,315.48 in USC seized from Wells Fargo Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| Steven and Marla Ortega | Approximately $6,705.79 in USC seized from US Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |

| Claimant | Asset | Claim Filed | Complaint Due | Agency | Date Seized |
|---|---|---|---|---|---|
| Steven and Marla Ortega | Approximately $23,437.76 in USC seized from US Bank | 8/06/2012 | 11/04/2012 | IRS-CI | 5/16/2012 |
| Steven Ortega, Jr. | Approximately $23,437.76 in USC seized from US Bank | 8/07/2012 | 11/05/2012 | IRS-CI | 5/16/2012 |
| Anthony Winters | Approximately $8,270.00 in USC | 7/30/2012 | 10/28/2012 | DEA | 5/16/2012 |
| Anthony Winters | Approximately $12,290.00 in USC | 7/30/2012 | 10/28/2012 | DEA | 5/16/2012 |
| Steven and Marla Ortega | Approximately $12,290.00 in USC | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| Steven and Marla Ortega | Approximately $7,874.00 in USC | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| Richard Serrell | Approximately $9,600.00 in USC | 8/02/2012 | 10/31/2012 | DEA | 5/16/2012 |
| Steven Ortega, Jr. | Approximately $41,820.00 in USC | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |
| Steven and Marla Ortega | Approximately $4,980.00 in USC | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| Steven and Marla Ortega | Approximately $22,057.00 in USC | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| Steven and Marla Ortega | Approximately $57,642.00 in USC | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| Richard Serrell | Assorted Jewelry Valued at $178,675.00 | 8/02/2012 | 10/31/2012 | DEA | 5/16/2012 |
| Andrea Vickery | Assorted Jewelry Valued at $32,000.00 | 8/17/2012 | 11/15/2012 | DEA | 5/16/2012 |
| Steven Ortega, Jr. | Assorted Jewelry Valued at $32,000.00 | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |
| Steven and Marla Ortega | 2010 Harley Davidson Road Glide Touring Motorcycle, 6597 | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |
| Thomas and Denise Hohn | 2010 Harley Davidson Road Glide Touring Motorcycle, 6597 | 8/16/2012 | 11/14/2012 | DEA | 5/16/2012 |
| Steven Ortega, Jr. | 2011 Harley Davidson Road Glide Touring Motorcycle, 5168 | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |
| Steven Ortega, Jr. | 2011 Harley Davidson Road Glide Touring Motorcycle, 7068 | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |
| Derek Winters | 2009 Land Rover Range Rover | 8/02/2012 | 1031/2012 | DEA | 5/16/2012 |
| Richard Serrell | 2010 GMC Savana Conversion Van Explorer | 8/02/2012 | 10/31/2012 | DEA | 5/16/2012 |
| Steven Ortega, Jr. | 2012 Eliminator Speedster Boat | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |
| Steven Adgate | 2012 Eliminator Speedster Boat | 8/15/2012 | 11/13/2012 | DEA | 5/16/2012 |
| Steven Ortega, Jr. | 2012 Extreme Carrier Trailer | 8/03/2012 | 11/01/2012 | DEA | 5/16/2012 |
| Richard Serrell | 2008 Nordic 28-Foot Power Boat with 2004 Trailer | 8/02/2012 | 10/31/2012 | DEA | 5/16/2012 |
| Steven and Marla Ortega | Sig Sauer Mosquito 22 Caliber Semi-Automatic handgun | 8/06/2012 | 11/04/2012 | DEA | 5/16/2012 |

| Claimant | Asset | Claim Filed | Complaint Due | Agency | Date Seized |
|---|---|---|---|---|---|
| Jason Siegfried | Glock 40 Caliber, Model 23 Semi-Automatic Handgun | 8/15/2012 | 11/13/2012 | DEA | 5/16/2012 |
| Ashley Owles | Glock 40 Caliber, Model 23 Semi-Automatic Handgun | 8/15/2012 | 11/13/2012 | DEA | 5/16/2012 |
| Justin McMillian | Smith & Wesson, Model AR-15 Rifle | 8/13/2012 | 11/11/2012 | DEA | 5/16/2012 |
| Anthony Giarrusso | 2008 Ford F-350 Crew Cab Truck | 10/15/2012 | 1/13/2013 | DEA | 5/16/2012 |

2.      The Internal Revenue Service – Criminal Investigation and the U.S. Drug Enforcement Administration have sent written notice of the intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A) (E), and no person other than Claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  The deadlines for each of the defendant assets are listed above, with the earliest date of October 28, 2012.

4.      By Stipulation and Order filed October 18, 2012, the parties stipulated to extend to January 25, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5.      By Stipulation and Order filed January 15, 2013, the parties stipulated to extend to April 12, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6.      By Stipulation and Order filed April 15, 2013, the parties stipulated to

6

extend to July 12, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

7.     By Stipulation and Order filed July 12, 2013, the parties stipulated to extend to October 11, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

8.     By Stipulation and Order filed October 11, 2013, the parties stipulated to extend to January 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

9.     By Stipulation and Order filed January 7, 2014, the parties stipulated to extend to April 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

10.     By Stipulation and Order filed April 11, 2014, the parties stipulated to extend to July 8, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

11.     By Stipulation and Order filed July 22, 2014, the parties stipulated to extend to October 6, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

12.     By Stipulation and Order filed October 7, 2014, the parties stipulated to extend to January 5, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

13.     By Stipulation and Order filed January 7, 2015, the parties stipulated to

7

extend to April 6, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

14.     By Stipulation and Order filed April 8, 2015, the parties stipulated to extend to July 6, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

15.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 5, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

16.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to October 5, 2015.

DATE: __7/2/2015__                           BENJAMIN B. WAGNER
                                             United States Attorney

                                  By:   __/s/ Kevin C. Khasigian__
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney

DATE: __7/2/2015__                           __/s/ Carolyn M. Hagin__
                                             CAROLYN M. HAGIN
                                             Attorney for Claimant Anthony Winters
                                             (Authorized via email)

DATE: __7/1/2015__                           __/s/ Benjamin D. Galloway__
                                             BENJAMIN D. GALLOWAY
                                             Attorney for Claimant Steven Ortega, Sr.
                                             (Authorized via email)

DATE: __7/1/2015__                           __/s/ Darryl Stallworth__
                                             DARRYL STALLWORTH
                                             Attorney for Claimant Richard Serrell
                                             (Authorized via email)

DATE:   7/1/2015                                      /s/ William J. Portanova
                                                      WILLIAM J. PORTANOVA
                                                      Attorney for Claimant Steven Adgate
                                                      (Authorized via email)


DATE:   7/1/2015                                      /s/ Randy Sue Pollock
                                                      RANDY SUE POLLOCK
                                                      Attorney for Claimant Steven Ortega, Jr.
                                                      (Authorized via email)


DATE:   7/1/2015                                      /s/ Randy Sue Pollock
                                                      RANDY SUE POLLOCK
                                                      Attorney for Claimant Andrea Vickery
                                                      (Authorized via email)


DATE:   7/1/2015                                      /s/ Russell S. Humphrey
                                                      RUSSELL S. HUMPHREY
                                                      Attorney for Claimant Derek Winters
                                                      (Authorized via email)


DATE:   7/2/2015                                      /s/ James R. Greiner
                                                      JAMES R. GREINER
                                                      Attorney for Claimants
                                                      Jason Siegfried and Ashley Owles
                                                      (Authorized via email)


DATE:   7/1/2015                                      /s/ Scott N. Cameron
                                                      SCOTT N. CAMERON
                                                      Attorney for Claimant Justin McMillian
                                                      (Authorized via email)


DATE:   7/1/2015                                      /s/ Hayes H. Gable III
                                                      HAYES H. GABLE III
                                                      Attorney for Claimant Anthony Giarrusso
                                                      (Authorized via email)


DATE:   7/1/2015                                      /s/ Shari Rusk
                                                      SHARI RUSK
                                                      Attorney for Claimant Marla Ortega
                                                      (Authorized via email)


DATE:   7/1/2015                                      /s/ Thomas Hohn
                                                      THOMAS HOHN
                                                      Claimant, Appearing in *propria persona*
                                                      (Authorized via email)

Stipulation for Extension of Time
to File Complaint for Forfeiture

1  DATE:  7/1/2015                        /s/ Denise Hohn
2                                          DENISE HOHN
                                          Claimant, Appearing in *propria persona*
3                                          (Authorized via email)

4

5                              **ORDER**

6          IT IS SO ORDERED.

7  Dated:  July 8, 2015

8

9          _____
            MORRISON C. ENGLAND, JR., CHIEF JUDGE
10          UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28