BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-MC-00084-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $86,386.34 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 837-8529088, et al., | |
| Defendants. | |

　　　　It is hereby stipulated by and between the United States of America and Anthony Winters, Jason Siegfried, Ashley Owles, and Derek Winters ("Claimants"), by and through their respective attorneys, as follows:

　　　　1. The following table details the claimant, assets, dates in which claims were filed in the administrative forfeiture proceedings with either the Internal Revenue Service – Criminal Investigation ("IRS-CI") or the U.S. Drug Enforcement Administration ("DEA") and the dates the defendant assets were seized:

| Claimant | Asset | Claim Rec'd | Complaint Due | Agency | Date Seized |
|---|---|---|---|---|---|
| Anthony Winters | Approximately $86,386.34 in USC seized from Wells Fargo Bank | 7/30/2012 | 4/4/16 | IRS-CI | 5/16/2012 |
| Anthony Winters | Approximately $75,799.17 in USC seized from Wells Fargo Bank | 7/30/2012 | 4/4/16 | IRS-CI | 5/16/2012 |
| Anthony Winters | Approximately $12,487.89 in USC seized from Wells Fargo Bank | 7/30/2012 | 4/4/16 | IRS-CI | 5/16/2012 |
| Anthony Winters | Approximately $40,000.00 in USC seized from Wells Fargo Bank | 7/30/2012 | 4/4/16 | IRS-CI | 5/16/2012 |

1

| | | | | | |
|---|---|---|---|---|---|
| Anthony Winters | Approximately $8,270.00 in USC | 7/30/2012 | 4/4/16 | DEA | 5/16/2012 |
| Anthony Winters | Approximately $12,290.00 in USC | 7/30/2012 | 4/4/16 | DEA | 5/16/2012 |
| Derek Winters | 2009 Land Rover Range Rover | 8/02/2012 | 4/4/16 | DEA | 5/16/2012 |
| Derek Winters | 2007 Tracker Targa 17 Sport Boat w/ 2004 trailer carrier | 8/02/2012 | 4/4/16 | DEA | 5/16/2012 |
| Jason Siegfried | Glock 40 Caliber, Model 23 Semi-Automatic Handgun | 8/15/2012 | 4/4/16 | DEA | 5/16/2012 |
| Ashley Owles | Glock 40 Caliber, Model 23 Semi-Automatic Handgun | 8/15/2012 | 4/4/16 | DEA | 5/16/2012 |

2.   The Internal Revenue Service – Criminal Investigation and the U.S. Drug Enforcement Administration have sent written notice of the intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A) (E), and no person other than Claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. The deadlines for each of the defendant assets are listed above, with the earliest date of October 28, 2012.

4.   By Stipulation and Order filed October 18, 2012, the parties stipulated to extend to January 25, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5.   By Stipulation and Order filed January 15, 2013, the parties stipulated to extend to April 12, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6.   By Stipulation and Order filed April 15, 2013, the parties stipulated to extend to July 12, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to

Stipulation for Extension of Time
to File Complaint for Forfeiture

forfeiture.

7. By Stipulation and Order filed July 12, 2013, the parties stipulated to extend to October 11, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

8. By Stipulation and Order filed October 11, 2013, the parties stipulated to extend to January 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

9. By Stipulation and Order filed January 7, 2014, the parties stipulated to extend to April 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

10. By Stipulation and Order filed April 11, 2014, the parties stipulated to extend to July 8, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

11. By Stipulation and Order filed July 22, 2014, the parties stipulated to extend to October 6, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

12. By Stipulation and Order filed October 7, 2014, the parties stipulated to extend to January 5, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

13. By Stipulation and Order filed January 7, 2015, the parties stipulated to extend to April 6, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to

Stipulation for Extension of Time
to File Complaint for Forfeiture

forfeiture.

14. By Stipulation and Order filed April 8, 2015, the parties stipulated to extend to July 6, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

15. By Stipulation and Order filed July 9, 2015, the parties stipulated to extend to October 5, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

16. By Stipulation and Order filed October 13, 2015, the parties stipulated to extend to January 4, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

17. By Stipulation and Order filed January 13, 2016, the parties stipulated to extend to April 4, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

18. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 5, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

19. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to July 5, 2016.

DATE:  4/1/2016                              BENJAMIN B. WAGNER
                                             United States Attorney

                                      By:    /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney

4

DATE: 4/1/2016            /s/ Carolyn M. Hagin
CAROLYN M. HAGIN
Attorney for Claimant Anthony Winters

DATE: 4/1/2016            /s/ Russell S. Humphrey
RUSSELL S. HUMPHREY
Attorney for Claimant Derek Winters

DATE: 4/1/2016            /s/ James R. Greiner
JAMES R. GREINER
Attorney for Claimants
Jason Siegfried and Ashley Owles
(Authorized via email)

**ORDER**

Pursuant to the foregoing stipulation, the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to July 5, 2016.

IT IS SO ORDERED.

Dated: April 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT