UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $86,386.34 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 837-8529088, et al.,<br><br>Defendants. | No. 2:12-mc-00084-MCE-CKD<br><br>**ORDER** |

Upon review of the docket the Court finds that the United States has failed to timely file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture or file a further request for extension of time to do so. See ECF Nos. 4, 6, 8, 10, 14, 16, 19, 21, 25, 27, 29, and 31. The time to institute such proceedings has thus expired. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b) and on the Court's own motion, this matter is DISMISSED with prejudice and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 20, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE